Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jennifer L. Cercone**
Debtor(s)

Bankruptcy Case No.: 17−23127−JAD

Chapter: 13
Docket No.: 90 − 87

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23127-JAD |
| Jennifer L. Cercone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Cercone, 727 Newport Drive, Pittsburgh, PA 15234-2544 |
| cr | + | Township of Baldwin, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14670238 | + | Allegheny Health Network, POB 645266, Pittsburgh, PA 15264-5250 |
| 14670244 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 121 Champion Way, Suite 100, Cincinnati, OH 45274-2510 |
| 14670243 | + | Collection Service C, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14670245 | + | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 14670248 | + | Duquense Light Company, POB 67, Manchaug, MA 01526-0067 |
| 14670250 | + | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14670252 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 14670254 | + | Pennsylvania American Water, 800 W. Hershey Park Drive, Hershey, PA 17033-2400 |
| 14670255 | + | Stonegate Mortage Corp, 4894 Greenville Ave Ste, Dallas, TX 75206-4120 |
| 14704675 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2022 23:48:00 | Municipality of Mt. Lebanon/Mt. Lebanon School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670236 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2022 23:49:00 | 06 Nationwide Insura, c/o Credit Collection, POB 9134, Needham Heights, MA 02494-9134 |
| 14670239 | ^ | MEBN | Oct 26 2022 23:42:08 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14670237 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14670241 | | Email/Text: bankruptcies@ccf.org | Oct 26 2022 23:48:00 | Cleveland Clinic, 9500 Euclid Ave, Cleveland, OH 44195 |
| 14670240 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:31 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670246 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2022 23:46:43 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14670247 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 17-23127-JAD    Doc 91    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14850383 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2022 23:48:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14705522 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 26 2022 23:48:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14670249 | | Email/Text: Bankruptcy@ICSystem.com | Oct 26 2022 23:48:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164 |
| 14670251 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 23:48:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15403590 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2022 23:47:06 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14704673 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2022 23:48:00 | Municipality of Mt. Lebanon/Mt. Lebanon SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14721829 | | Email/PDF: pa_dc_ed@navient.com | Oct 26 2022 23:47:09 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14674889 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 26 2022 23:48:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14670253 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 14698666 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14709958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670821 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670256 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:09 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670257 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:09 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670258 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2022 23:49:00 | TSI, Po Box 15609, Wilmington, DE 19850-5609 |
| 14670259 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2022 23:49:00 | UPMC, POB 371472, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14713580 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14670260 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 23:48:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | | NISSAN - INFINITI LT INC. |
| cr | | Stonegate Mortgage Corporation |
| 14670242 | | Col |
| 14752190 | | Duquesne Light Company |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

Case 17-23127-JAD    Doc 91    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 39 |

|  |  |  | 75234 |
|---|---|---|---|
| cr |  | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

**Name**             **Email Address**

Brian Nicholas
on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

David A. Scott
on behalf of Creditor NISSAN - INFINITI LT INC. scott@lg-law.com

Denise Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Gary William Short
on behalf of Debtor Jennifer L. Cercone garyshortlegal@gmail.com gwshort@verizon.net

Jeffrey R. Hunt
on behalf of Creditor Municipality of Mt. Lebanon/Mt. Lebanon School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Township of Baldwin jhunt@grblaw.com

Jerome B. Blank
on behalf of Creditor Stonegate Mortgage Corporation pawb@fedphe.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11