**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JENNIFER L. CERCONE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:17-23127 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2017 and confirmed on 10/10/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,930.73 |
| Less Refunds to Debtor | 595.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,335.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 4,370.53 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,370.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 65,999.27 | 0.00 | 65,999.27 |
|     Acct: 0513 | | | | |
|   MIDFIRST BANK | 20,444.82 | 20,444.82 | 0.00 | 20,444.82 |
|     Acct: 0513 | | | | |
|   BALDWIN TOWNSHIP (TRASH) | 140.00 | 140.00 | 55.94 | 195.94 |
|     Acct: 0S30 | | | | |
|   BALDWIN TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0S30 | | | | |
| | | | | 86,640.03 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER L. CERCONE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER L. CERCONE | 595.41 | 595.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NISSAN-INFINITI LT | 1,784.40 | 1,784.40 | 0.00 | 1,784.40 |
|     Acct: 1511 | | | | |
|   MT LEBANON SD & MUNIC OF MT LEBANO | 411.40 | 411.40 | 0.00 | 411.40 |
|     Acct: 1274 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 2,505.80 |
| **Unsecured** | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0014 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACCOUNT RESOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-23127 JAD                                                                                             Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4638 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,772.37 | 77.72 | 0.00 | 77.72 |
| Acct: 0832 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7355 | | | | |
| CLEVELAND CLINIC FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FWJ2 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2923 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0218 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 10,931.62 | 109.32 | 0.00 | 109.32 |
| Acct: 1274 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8068 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 586.44 | 5.86 | 0.00 | 5.86 |
| Acct: 5608 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5848 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8552 | | | | |
| KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0622 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9373 | | | | |
| ECMC(*) | 61,477.08 | 614.77 | 0.00 | 614.77 |
| Acct: 1274 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8552 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2686 | | | | |
| TSI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5594 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1254 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,128.77 | 11.29 | 0.00 | 11.29 |
| Acct: 0001 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9482 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 818.96 |

TOTAL PAID TO CREDITORS                                                                                  89,964.79

17-23127 JAD                                                                                       Page 3 of 3

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 2,505.80 |
| SECURED | 20,584.82 |
| UNSECURED | 81,896.28 |

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JENNIFER L. CERCONE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23127 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23127-JAD
Jennifer L. Cercone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Oct 26, 2022     Form ID: pdf900     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Cercone, 727 Newport Drive, Pittsburgh, PA 15234-2544 |
| cr | + | Township of Baldwin, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14670238 | + | Allegheny Health Network, POB 645266, Pittsburgh, PA 15264-5250 |
| 14670244 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 121 Champion Way, Suite 100, Cincinnati, OH 45274-2510 |
| 14670243 | + | Collection Service C, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14670245 | + | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 14670248 | + | Duquense Light Company, POB 67, Manchaug, MA 01526-0067 |
| 14670250 | + | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14670252 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 14670254 | + | Pennsylvania American Water, 800 W. Hershey Park Drive, Hershey, PA 17033-2400 |
| 14670255 | + | Stonegate Mortage Corp, 4894 Greenville Ave Ste, Dallas, TX 75206-4120 |
| 14704675 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2022 23:48:00 | Municipality of Mt. Lebanon/Mt. Lebanon School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670236 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2022 23:49:00 | 06 Nationwide Insura, c/o Credit Collection, POB 9134, Needham Heights, MA 02494-9134 |
| 14670239 | ^ | MEBN | Oct 26 2022 23:42:08 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14670237 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14670241 | | Email/Text: bankruptcies@ccf.org | Oct 26 2022 23:48:00 | Cleveland Clinic, 9500 Euclid Ave, Cleveland, OH 44195 |
| 14670240 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:32 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670246 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2022 23:47:09 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14670247 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 17-23127-JAD    Doc 92    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14850383 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2022 23:48:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14705522 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 26 2022 23:48:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14670249 | | Email/Text: Bankruptcy@ICSystem.com | Oct 26 2022 23:48:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164 |
| 14670251 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 23:48:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15403590 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2022 23:47:06 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14704673 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2022 23:48:00 | Municipality of Mt. Lebanon/Mt. Lebanon SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14721829 | | Email/PDF: pa_dc_ed@navient.com | Oct 26 2022 23:47:34 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14674889 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 26 2022 23:48:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14670253 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 14698666 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14709958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670821 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670256 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:32 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670257 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:38 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670258 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2022 23:49:00 | TSI, Po Box 15609, Wilmington, DE 19850-5609 |
| 14670259 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2022 23:49:00 | UPMC, POB 371472, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14713580 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:46:51 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14670260 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 23:48:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | | NISSAN - INFINITI LT INC. |
| cr | | Stonegate Mortgage Corporation |
| 14670242 | | Col |
| 14752190 | | Duquesne Light Company |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

Case 17-23127-JAD    Doc 92    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| | | |
|---|---|---|
| cr | *+ | 75234<br>PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Scott | on behalf of Creditor NISSAN - INFINITI LT INC. scott@lg-law.com |
| Gary William Short | on behalf of Debtor Jennifer L. Cercone garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon/Mt. Lebanon School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Stonegate Mortgage Corporation pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9