| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jennifer L. Cercone <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1274 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23127–JAD | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jennifer L. Cercone

12/14/22                                                                    **By the court:** Jeffery A. Deller
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
       obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23127-JAD |
| Jennifer L. Cercone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 14, 2022 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Cercone, 727 Newport Drive, Pittsburgh, PA 15234-2544 |
| cr | + | Township of Baldwin, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14670238 | + | Allegheny Health Network, POB 645266, Pittsburgh, PA 15264-5250 |
| 14670244 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 121 Champion Way, Suite 100, Cincinnati, OH 45274-2510 |
| 14670243 | + | Collection Service C, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14670245 | + | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 14670248 | + | Duquense Light Company, POB 67, Manchaug, MA 01526-0067 |
| 14670250 | + | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14670252 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 14670254 | + | Pennsylvania American Water, 800 W. Hershey Park Drive, Hershey, PA 17033-2400 |
| 14670255 | + | Stonegate Mortage Corp, 4894 Greenville Ave Ste, Dallas, TX 75206-4120 |
| 14704675 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 15 2022 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 15 2022 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2022 00:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 15 2022 00:02:00 | Municipality of Mt. Lebanon/Mt. Lebanon School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 15 2022 00:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670236 | + | EDI: CCS.COM | Dec 15 2022 05:03:00 | 06 Nationwide Insura, c/o Credit Collection, POB 9134, Needham Heights, MA 02494-9134 |

Case 17-23127-JAD    Doc 95    Filed 12/16/22    Entered 12/17/22 00:29:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14670239 | ^ | MEBN | Dec 14 2022 23:57:50 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14670237 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14670241 | | Email/Text: bankruptcies@ccf.org | Dec 15 2022 00:02:00 | Cleveland Clinic, 9500 Euclid Ave, Cleveland, OH 44195 |
| 14670240 | + | EDI: CAPITALONE.COM | Dec 15 2022 04:58:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670246 | + | EDI: NAVIENTFKASMDOE.COM | Dec 15 2022 05:03:00 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14670247 | + | EDI: DISCOVER.COM | Dec 15 2022 04:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14850383 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 00:02:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14705522 | | Email/Text: bankruptcy@homepointfinancial.com | Dec 15 2022 00:02:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14670249 | + | EDI: LCIICSYSTEM | Dec 15 2022 04:58:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14670251 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2022 00:02:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15403590 | + | EDI: AISMIDFIRST | Dec 15 2022 04:58:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14704673 | + | Email/Text: ebnjts@grblaw.com | Dec 15 2022 00:02:00 | Municipality of Mt. Lebanon/Mt. Lebanon SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14721829 | | EDI: NAVIENTFKASMDOE.COM | Dec 15 2022 05:03:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14674889 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 15 2022 00:02:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14670253 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 14698666 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14709958 | | EDI: PRA.COM | Dec 15 2022 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670821 | + | EDI: RECOVERYCORP.COM | Dec 15 2022 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670256 | + | EDI: RMSC.COM | Dec 15 2022 04:58:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670257 | + | EDI: RMSC.COM | Dec 15 2022 04:58:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670258 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 15 2022 00:03:00 | TSI, Po Box 15609, Wilmington, DE 19850-5609 |
| 14670259 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 15 2022 00:03:00 | UPMC, POB 371472, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14713580 | | EDI: AIS.COM | Dec 15 2022 05:03:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14670260 | + | EDI: VERIZONCOMB.COM | Dec 15 2022 04:58:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 31

Case 17-23127-JAD  Doc 95  Filed 12/16/22  Entered 12/17/22 00:29:21  Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: 3180W | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | | NISSAN - INFINITI LT INC. |
| cr | | Stonegate Mortgage Corporation |
| 14670242 | | Col |
| 14752190 | | Duquesne Light Company |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022        Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Scott | on behalf of Creditor NISSAN - INFINITI LT INC. scott@lg-law.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Jennifer L. Cercone garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon/Mt. Lebanon School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Stonegate Mortgage Corporation jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Dec 14, 2022 | Form ID: 3180W | Total Noticed: 41

S. James Wallace
                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11