IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JENNIFER L. CERCONE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:17-23127 JAD

Chapter 13

Document No.: 87

FILED
12/14/22 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___14th___ day of ___December___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23127-JAD
Jennifer L. Cercone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 14, 2022     Form ID: pdf900     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Cercone, 727 Newport Drive, Pittsburgh, PA 15234-2544 |
| cr | + | Township of Baldwin, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14670238 | + | Allegheny Health Network, POB 645266, Pittsburgh, PA 15264-5250 |
| 14670244 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 121 Champion Way, Suite 100, Cincinnati, OH 45274-2510 |
| 14670243 | + | Collection Service C, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14670245 | + | Credit Protection Assoc, Po Box 802068, Dallas, TX 75380-2068 |
| 14670248 | + | Duquense Light Company, POB 67, Manchaug, MA 01526-0067 |
| 14670250 | + | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14670252 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 14670254 | + | Pennsylvania American Water, 800 W. Hershey Park Drive, Hershey, PA 17033-2400 |
| 14670255 | + | Stonegate Mortage Corp, 4894 Greenville Ave Ste, Dallas, TX 75206-4120 |
| 14704675 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 15 2022 00:02:00 | Municipality of Mt. Lebanon/Mt. Lebanon School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 15 2022 00:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670236 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 15 2022 00:03:00 | 06 Nationwide Insura, c/o Credit Collection, POB 9134, Needham Heights, MA 02494-9134 |
| 14670239 | ^ | MEBN | Dec 14 2022 23:57:52 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 14670237 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14670241 | | Email/Text: bankruptcies@ccf.org | Dec 15 2022 00:02:00 | Cleveland Clinic, 9500 Euclid Ave, Cleveland, OH 44195 |
| 14670240 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 00:14:51 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670246 | + | Email/PDF: pa_dc_ed@navient.com | Dec 15 2022 00:15:04 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14670247 | + | Email/Text: mrdiscen@discover.com | Dec 15 2022 00:02:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 17-23127-JAD    Doc 96    Filed 12/16/22    Entered 12/17/22 00:29:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14850383 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 00:02:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14705522 | | Email/Text: bankruptcy@homepointfinancial.com | Dec 15 2022 00:02:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14670249 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 15 2022 00:02:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14670251 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2022 00:02:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15403590 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 00:14:51 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14704673 | + | Email/Text: ebnjts@grblaw.com | Dec 15 2022 00:02:00 | Municipality of Mt. Lebanon/Mt. Lebanon SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14721829 | | Email/PDF: pa_dc_ed@navient.com | Dec 15 2022 00:14:58 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14674889 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 15 2022 00:02:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14670253 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 14698666 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 00:02:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14709958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 00:14:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14670821 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 15 2022 00:15:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670256 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 00:15:05 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670257 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 00:14:58 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14670258 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 15 2022 00:03:00 | TSI, Po Box 15609, Wilmington, DE 19850-5609 |
| 14670259 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 15 2022 00:03:00 | UPMC, POB 371472, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14713580 | | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2022 00:14:59 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14670260 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 15 2022 00:02:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | MIDFIRST BANK |
| cr | | NISSAN - INFINITI LT INC. |
| cr | | Stonegate Mortgage Corporation |
| 14670242 | | Col |
| 14752190 | | Duquesne Light Company |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, 2ND AND 3RD FLOOR, FARMERS BRANCH TX 75234-6451, address filed with court:, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX |

Case 17-23127-JAD    Doc 96    Filed 12/16/22    Entered 12/17/22 00:29:21    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | 75234 | |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |

TOTAL: 6 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Scott | on behalf of Creditor NISSAN - INFINITI LT INC. scott@lg-law.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Jennifer L. Cercone garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon/Mt. Lebanon School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Stonegate Mortgage Corporation jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 11