**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JENNIFER L. CERCONE | Case No.:17-23127 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2017 and confirmed on 10/10/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,930.73 |
| Less Refunds to Debtor | 1,461.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,469.30 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 4,370.53 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,870.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK | 0.00 | 65,999.27 | 0.00 | 65,999.27 |
| Acct: 0513 | | | | |
| MIDFIRST BANK | 19,078.80 | 19,078.80 | 0.00 | 19,078.80 |
| Acct: 0513 | | | | |
| BALDWIN TOWNSHIP (TRASH) | 140.00 | 140.00 | 55.94 | 195.94 |
| Acct: 0S30 | | | | |
| BALDWIN TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0S30 | | | | |
| | | | | 85,274.01 |
| **Priority** | | | | |
| GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L. CERCONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L. CERCONE | 595.41 | 595.41 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L. CERCONE | 866.02 | 866.02 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GARY W SHORT ESQ | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NISSAN-INFINITI LT | 1,784.40 | 1,784.40 | 0.00 | 1,784.40 |
| Acct: 1511 | | | | |
| MT LEBANON SD & MUNIC OF MT LEBAN( | 411.40 | 411.40 | 0.00 | 411.40 |
| Acct: 1274 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 2,505.80 |
| **Unsecured** | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0014 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACCOUNT RESOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4638 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,772.37 | 77.72 | 0.00 | 77.72 |
| Acct: 0832 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7355 | | | | |
| CLEVELAND CLINIC FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FWJ2 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2923 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0218 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 10,931.62 | 109.32 | 0.00 | 109.32 |
| Acct: 1274 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8068 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 586.44 | 5.86 | 0.00 | 5.86 |
| Acct: 5608 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5848 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8552 | | | | |
| KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0622 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9373 | | | | |
| ECMC(*) | 61,477.08 | 614.77 | 0.00 | 614.77 |
| Acct: 1274 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8552 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2686 | | | | |
| TSI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5594 | | | | |

| 17-23127 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1254 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,128.77 | 11.29 | 0.00 | 11.29 |
|     Acct: 0001 | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9482 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4083 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 818.96 |

| TOTAL PAID TO CREDITORS | | 88,598.77 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 2,505.80 |
|---|---|
| SECURED | 19,218.80 |
| UNSECURED | 81.896.28 |

Date: 01/12/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com